UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: )
JAMA RUMAE SMITH, ) BANKRUPTCY CASE 05-15611
) Chapter 7
Debtor. )

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Dustin M. Roach, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed his Final Report And Distribution Summary on August 30, 2006, and issued checks as proposed in said proposed distribution.

3. That Check #102 issued to US Bank National Assoc., on September 22, 2006, in the amount of $1,020.78 has not been cashed.

4. That the Trustee hereby gives notice that such amount of $1,020.78, payable to US Bank National Assoc., is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, Indiana 46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of March 2007, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to: US Bank National Assoc., P.O. Box 64799, St. Paul, MN 55134-0799.

/s/ Dustin M. Roach
Dustin M. Roach